IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-2
No. 5:14-CR-00079-F-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KEVIN RAY HALES, ) | |
| ANDREA STRICKLAND PATTERSON, ) | |
| Defendants. ) | |

This matter is before the court *sua sponte*. In an order entered on August 11, 2014 [DE-168], this court allowed Defendant Jonathan Hall Frizzelle's motion to continue his arraignment to this court's November 3, 2014 term of court. At that time, Defendants Kevin Ray Hales and Andrea Strickland Patterson were also continued to the November 3, 2014 term of court.[1] It is hereby ORDERED that Defendants Hales and Patterson will have their arraignment at the November 3, 2014 term of court and that this time shall be excluded from their speedy trial computations because these defendants are all joined in a single indictment and no severance has been allowed. *See* 18 U.S.C. § 3161(h)(6).

SO ORDERED.

This the 7ʌ day of October, 2014

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge

---

[1] In error, Defendants Hales and Patterson were not specifically mentioned in the court's August 11, 2014 Order.