UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO.: 5:14-CR-79-2F

| UNITED STATES OF AMERICA, | |
|---|---|
| vs. | **ORDER TO SEAL** |
| KEVIN RAY HALES, Defendant. | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, upon Defendant, KEVIN RAY HALES' Motion to Seal the pleading filed on April 13, 2015(DE #271).

**IT IS, ORDERED** that, for good cause shown, Defendant's Motion to Seal the pleading filed on April 13, 2015(DE #271), is granted.

This the 14th day of April, 2015.

_____
THE HONORABLE JAMES C. FOX
Senior Judge