UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO.: 5:14-CR-79-2F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KEVIN RAY HALES,<br>           Defendant. | **ORDER TO SEAL** |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, upon Defendant, KEVIN RAY HALES' Motion to Seal the pleading filed on May 19, 2015(DE #295).

**IT IS, ORDERED** that, for good cause shown, Defendant's Motion to Seal the pleading filed on May 19, 2015 (DE #295), is granted.

This the 21st day of May, 2015.

*James C. Fox*
THE HONORABLE JAMES C. FOX
Senior Judge